United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA E. E. COAKLEY, *et al.*, | |
| Plaintiffs, | No. C 11-02570 WHA |
| v. | |
| TYCO ELECTRONICS CORPORATION, *et al.*, | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), this order refers the above-captioned action to Judge Charles Breyer to determine whether it is related to *In re Air Crash Over the Mid-Atlantic on June 1, 2009*, No. 3:10-md-02144-CRB.

**IT IS SO ORDERED.**

Dated: June 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE