|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
| --- | --- |
| PATRICIA E. E. COAKLEY, MISE B.E. COAKLEY, PATRICK D.A. COAKLEY, and DOMINIC P.G. COAKLEY,<br><br>Plaintiffs,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION, a Delaware corporation; INTEL CO., a Delaware corporation; AIRBUS, S.A.S., a French corporation; AIRBUS AMERICAS, INC., a Delaware corporation; HONEYWELL INTERNATIONAL, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation; THALES GROUP, a French corporation; THALES AVIONICS, S.A., a French corporation; THALES U.S.A., INC., a Delaware corporation; MOTOROLA, INC., a Delaware corporation; HAMILTON SUNDSTRAND CORP., a Delaware corporation; GENERAL ELECTRIC CO., a New York corporation, GE AVIATION SYSTEMS, LLC, a Delaware limited liability company; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; and E.I. du PONT de NEMOURS AND COMPANY, a Delaware corporation,<br><br>Defendants. | Case No. 3:11-cv-02570-CRB<br><br>[~~PROPOSED~~] ORDER |

sd-561344

1   This matter having come before the Court and based on the foregoing stipulation,

2   IT IS HEREBY ORDERED that the above entitled action is dismissed without costs to

3   any party on the grounds of *forum non conveniens* for the reasons set forth in the order attached

4   as Exhibit A to the Stipulation, subject to the conditions set forth on page 20 of that order.

5   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   August 1, 2011



_____
The Honorable Charles R. Breyer